IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TIAWAN BRITTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-cv-05471-WMR |
| v. | ) | |
| | ) | William M. Ray, II |
| EAST POINT VENTURE 92, LLC, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On July 3, 2020, the Plaintiff filed a Notice of Settlement informing the Court that the parties have settled this case and that they will file the appropriate dismissal documents with the Court within sixty (60) days. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations should fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**IT IS SO ORDERED,** this 6th day of July, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE