IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIAWAN BRITTON,             )
                                    )
       Plaintiff,          )
                                    )     CIVIL ACTION
vs.                       )
                                    )     FILE No. 1:19-cv-05471-WMR
EAST POINT VENTURE 92, LLC,  )
                                    )
       Defendant.      )

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "A," and for good cause shown, it is hereby **ORDERED** and **ADJUDGED** that the Joint Stipulation to Approve Consent Decree and Dismiss with Prejudice is **GRANTED**. The Court shall retain jurisdiction to enforce the Consent Decree.  Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

**SO ORDERED**, this 17th day of September, 2020.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE